1  KATHERINE C. HUIBONHOA (SB# 207648)
   katherinehuibonhoa@paulhastings.com
2  AMY C. HIRSH (SB# 246533)
   amyhirsh@paulhastings.com
3  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street
4  Twenty-Fourth Floor
   San Francisco, CA  94105-3441
5  Telephone:  (415) 856-7000
   Facsimile:  (415) 856-7100

6

7  Attorneys for Defendants
   OVERNITE CORPORATION AND UNITED PARCEL SERVICE, INC.
8
                           UNITED STATES DISTRICT COURT
9
                          NORTHERN DISTRICT OF CALIFORNIA
10
                                SAN FRANCISCO DIVISION
11

12

13 | EQUAL EMPLOYMENT              | CASE NO. C-07-4994 BZ
   | OPPORTUNITY COMMISSION,       |
14 |                               | **DEFENDANTS' CERTIFICATION AS TO INTERESTED ENTITIES OR PERSONS**
   |         Plaintiff,            |
15 |                               |
   |   vs.                         | **LOCAL RULE 3-16**
16 | OVERNITE CORPORATION dba UPS  |
   | FREIGHT and UNITED PARCEL     |
17 | SERVICE, INC.,                |
18 |         Defendants.           |

---

Case No. C-07-4994 BZ

DEFENDANTS' CERTIFICATION AS TO
INTERESTED ENTITIES OR PERSONS

TO THE CLERK OF COURT, PLAINTIFF, AND PLAINTIFF'S ATTORNEYS OF RECORD:

Pursuant to Civil L.R. 3-16, defendants certify that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:  Defendant Overnite Corporation (erroneously designated as "Overnite Corporation dba UPS Freight"), is a wholly owned subsidiary of United Parcel Service of America, Inc., which in turn is a wholly owned subsidiary of defendant United Parcel Service, Inc., which is a publicly traded company.  The undersigned further certify that UPS Ground Freight, Inc. d/b/a UPS Freight is a wholly owned subsidiary of defendant Overnite Corporation.

DATED:  December 7, 2007          PAUL, HASTINGS, JANOFSKY & WALKER LLP


By:_____/s/ Katherine C. Huibonhoa_____
    KATHERINE C. HUIBONHOA

Attorneys for Defendants
OVERNITE CORPORATION and UNITED PARCEL SERVICE, INC.

LEGAL_US_W # 57553169.1

Case No. C-07-4994 BZ

DEFENDANTS' CERTIFICATION AS TO INTERESTED ENTITIES OR PERSONS