KATHERINE C. HUIBONHOA (SB# 207648)
katherinehuibonhoa@paulhastings.com
AMY C. HIRSH (SB# 246533)
amyhirsh@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Defendants
OVERNITE CORPORATION AND UNITED PARCEL SERVICE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>OVERNITE CORPORATION dba UPS FREIGHT and UNITED PARCEL SERVICE, INC.,<br><br>　　　　Defendants. | CASE NO. C-07-4994 BZ<br><br>**DECLINATION TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

1 | The undersigned parties hereby decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby request the reassignment of this case to a United States District Judge.

DATED: December 7, 2007    PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____/s/ Katherine C. Huibonhoa_____
       KATHERINE C. HUIBONHOA

Attorneys for Defendants
OVERNITE CORPORATION and UNITED PARCEL SERVICE, INC.

LEGAL_US_W # 57553145.1

---

Case No. C-07-4994 BZ            DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE