1  KATHERINE C. HUIBONHOA (SB# 207648)
katherinehuibonhoa@paulhastings.com
2  AMY C. HIRSH (SB# 246533)
amyhirsh@paulhastings.com
3  PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
4  Twenty-Fourth Floor
San Francisco, CA  94105-3441
5  Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100
6

7  Attorneys for Defendants
OVERNITE CORPORATION AND UNITED PARCEL SERVICE, INC.
8

9  UNITED STATES DISTRICT COURT

10  NORTHERN DISTRICT OF CALIFORNIA

11  SAN FRANCISCO DIVISION

| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>OVERNITE CORPORATION dba UPS FREIGHT and UNITED PARCEL SERVICE, INC.,<br><br>Defendants. | CASE NO. C-07-4994 BZ<br><br>**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**<br><br>**FRCP 7.1** |
|---|---|

Case No. C-07-4994 BZ

DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

1   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendants certify
2   that as of this date defendant Overnite Corporation (erroneously designated as "Overnite
3   Corporation dba UPS Freight"), is a wholly owned subsidiary of United Parcel Service of
4   America, Inc., which in turn is a wholly owned subsidiary of defendant United Parcel Service,
5   Inc., which is a publicly traded company.  The undersigned further certify that UPS Ground
6   Freight, Inc. d/b/a UPS Freight is a wholly owned subsidiary of defendant Overnite Corporation.

8   DATED:  December 7, 2007          PAUL, HASTINGS, JANOFSKY & WALKER LLP

10                                    By:_____/s/ Katherine C. Huibonhoa_____
                                              KATHERINE C. HUIBONHOA

12                                    Attorneys for Defendants
                                      OVERNITE CORPORATION and UNITED PARCEL
13                                    SERVICE, INC.

LEGAL_US_W # 57553220.1

Case No. C-07-4994 BZ                                           DEFENDANTS' CORPORATE
                                                                DISCLOSURE STATEMENT