1    WILLIAM R. TAMAYO -- #084965 (CA)
     JONATHAN T.  PECK -- #12303 (VA)
2    CINDY O'HARA -- #114555 (CA)
     EQUAL EMPLOYMENT OPPORTUNITY
3       COMMISSION
     San Francisco District Office
4    350 The Embarcadero, Suite 500
     San Francisco, California  94105
5    Telephone:   (415) 625-5653
     Facsimile:   (415) 625-5657
6
7    Attorneys for Plaintiff EEOC

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN  DISTRICT OF CALIFORNIA
10

11
     **EQUAL EMPLOYMENT OPPORTUNITY** )    Civil Action No. C-07-04994 BZ
12   **COMMISSION,**                  )
                                      )    **PROOF OF SERVICE OF SUMMONS**
13                  Plaintiff,        )    **AND COMPLAINT**
                                      )
14   v.                               )
                                      )
15   **OVERNITE CORPORATION dba UPS**  )
     **FREIGHT and UNITED PARCEL**     )
16   **SERVICE, INC.,**                )
                                      )
17                  Defendants.       )
     ─────────────────────────────── )
18
             I, Cindy O'Hara, declare:
19
             1.      I am an attorney at law, licenced to practice in the state of California, and a
20
     senior trial attorney for Plaintiff Equal Employment Opportunity Commission.
21
             2.      Attached hereto is the acknowledgments of receipt of summons and
22
     complaint by Defendants Overnite Corporation and United Parcel Service.  Said service
23
     was accomplished by mail under the provisions of California Code of Civil Procedure
24
     §415.30, pursuant to Federal Rule of Civil Procedure 4(h)(1) which allows for service through
25
     state procedures.
26
             I declare under penalty of perjury that the foregoing is true and correct.  Executed this 7th
27
     day of December, 2007, at San Francisco, California.
28
                                              /s/ Cindy O'Hara
     ───────────────────────────────────────────────────────────

Proof of Service of Summons and Complaint                                    Page 1