982(a)(4)

| NAME AND ADDRESS OF SENDER: | TELEPHONE NO.: | For Court Use Only. |
|---|---|---|
| Cindy O'Hara<br>EEOC<br>350 The Embarcadero, Suite 500<br>San Francisco, CA 94105 | 415-625-5653 | |

Insert name of court, judicial district or branch court, if any, and Post Office and Street Address:
United States District Court - Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

PLAINTIFF: EEOC

DEFENDANT: Overnite Corporation

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT | Case Number:<br>C 07-04994 BZ |
|---|---|

TO: . . . . . . . . . . . . . . . . . . . Corporation Service Company, Agent for Service . . . . . . . . . . . . . . . . . . . . . . . . . . .
(Insert name of individual being served)

This summons and other document(s) indicated below are being served pursuant to Section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it to me within 20 days may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. Section 415.30 provides that this summons and other document(s) are deemed served on the date you sign the Acknowledgment of Receipt below, if you return this form to me.

Dated: . . Nov. 5, 2007 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
(Signature of sender)

### ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of: (To be completed by sender before mailing)
1. [✓] A copy of the summons and of the complaint.
2. [ ] A copy of the summons and of the Petition (Marriage) and:
   [ ] Blank Confidential Counseling Statement (Marriage)
   [ ] Order to Show Cause (Marriage)
   [ ] Blank Responsive Declaration
   [ ] Blank Financial Declaration
   [ ] Other: (Specify)

(To be completed by recipient)

Date of receipt: . . . . . . 11/7/07 . . . . . . . . . . .

(Signature of person acknowledging receipt, with title if acknowledgment is made on behalf of another person)

Date this form is signed: . . 11/20/07 . . . . . . Katherine C. Huibonhoa, Paul, Hastings,
(Type or print your name and name of entity, if any, Janofsky & Walker
on whose behalf this form is signed) LLP
for Defendants Overnite Corporation and United
Parcel Service, Inc.

Form Adopted by the
Judicial Council of California
Revised Effective January 1, 1975
[982(a)(4)]
Mandatory Form

NOTICE AND ACKNOWLEDGMENT OF RECEIPT

CCP 415.30, 417.10;
Cal. Rules of Court,
Rule 1216

American LegalNet, Inc. | www.USCourtForms.com