**UNITED STATES DISTRICT COURT**

**Northern District of California**

**450 Golden Gate Avenue**

**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking

Clerk

General Court Number

415.522.2000

## December 11, 2007

**CASE NUMBER:  CV 07-04994 BZ**

**CASE TITLE:  EEOC-v-OVERNITE CORP.**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **OAKLAND** division.

**Honorable CLAUDIA WILKEN** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **CW** immediately after

the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 12/11/07

FOR THE EXECUTIVE COMMITTEE:

_____
                                                                    Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                    Special Projects

Log Book Noted                                           Entered in Computer 12/11/07 MAB

CASE SYSTEMS ADMINISTRATOR:

Copies to:  All Counsel                                  Transferor CSA