**WILLIAM R. TAMAYO, SBN 084965**
**JONATHAN T. PECK SBN 12303 (VA)**
**SANYA HILL MAXION SBN 18730 (WA)**
**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**San Francisco District Office**
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
Telephone No. (415) 625-5650
Fax No. (415) 625-5657

**Attorneys for Plaintiff**

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br><br>    Plaintiff,<br>    v.<br><br>**OVERNITE CORPORATION d/b/a UPS FREIGHT and UNITED PARCEL SERVICE, INC.,**<br><br>    Defendant. | Case No.  C 07-4994-BZ<br><br>**NOTICE OF APPEARANCE OF SANYA HILL MAXION AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF EEOC** |

**TO:    The Clerk of the Court and all Parties to the Instant Action**

Please take notice that the undersigned attorney, Sanya Hill Maxion, is to be added as lead attorney of record for plaintiff Equal Employment Opportunity Commission (EEOC) in the instant lawsuit and will substitute as counsel for Cindy O'Hara.  All communications to the EEOC regarding this lawsuit should be copied to Ms. Hill Maxion's attention in addition to those attorneys already representing the EEOC.

//

//

//

//

C 07-4994-BZ
NOT. OF APPEARANCE &
SUBSTITUTION OF COUNSEL

1  //

2      Ms. Hill Maxion's contact information is as follows:

3      U.S. Equal Employment Opportunity Commission
4      350 The Embarcadero Street, Suite 500
    San Francisco, CA  94105-1260
5

6      Direct Dial Line: (415) 625-5650
    Facsimile: (415) 625-5657
7      TTY:  (415) 625-5010
    Email: Sanya.Hill@eeoc.gov
8

9                                  Respectfully submitted,
10

11
  Dated: December 19, 2007
12                                By:    /s/_____
                                    Sanya Hill Maxion
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**C 07-4994-BZ**
**NOT. OF APPEARANCE**
**& SUBSTITUTION OF COUNSEL**