1  KATHERINE C. HUIBONHOA (SB# 207648)
   katherinehuibonhoa@paulhastings.com
2  AMY C. HIRSH (SB# 246533 )
   amyhirsh@paulhastings.com
3  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street
4  Twenty-Fourth Floor
   San Francisco, CA  94105-3441
5  Telephone:  (415) 856-7000
   Facsimile:  (415) 856-7100
6
   Attorneys for Defendants
7  OVERNITE CORPORATION and UNITED PARCEL SERVICE, INC.

8  WILLIAM R. TAMAYO (SB# 084965) (CA) william.tamayo@eeoc.gov
   JONATHAN T. PECK (SB# 12303) (VA) jonathan.peck@eeoc.gov
9  CINDY O'HARA (SB# 114555 ) (CA) cindy.ohara@eeoc.gov
   EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
10 San Francisco District Office
   350 The Embarcadero, Suite 500
11 San Francisco, CA  94105-1260
   Telephone:  (415) 625-5653
12 Facsimile:  (415) 625-5657

13 Attorneys for Plaintiff
   EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
14

15              UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17                  SAN FRANCISCO DIVISION

18

| | |
|---|---|
| 19  EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | CASE NO. C-07-4994 CW |
| 20 | **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |
| 21              Plaintiff, | |
| 22         vs. | |
| 23  OVERNITE CORPORATION d/b/a UPS FREIGHT and UNITED PARCEL SERVICE, INC., | |
| 24 | |
| 25              Defendants. | |

26

27

28

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

☐ Non-binding Arbitration (ADR L.R. 4)

☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)

☒ Mediation (ADR L.R. 6)

**Private Process:**

☐ Private ADR (*please identify process and provider*) _____

The parties agree to hold the ADR session by:

☒ the presumptive deadline (*The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.*)

☐ other requested deadline _____

DATED: February 1, 2008        EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

By: _____
          CINDY O'HARA

Attorneys for Plaintiff

DATED: February 4, 2008        PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
          AMY C. HIRSH

Attorneys for Defendants
OVERNITE CORPORATION and UNITED PARCEL SERVICE, INC.

Case No. C-07-4994 CW        - 1 -        STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☒ Mediation
- ☐ Private ADR

Deadline for ADR session

- ☒ 90 days from the date of this order.
- ☐ other _____

IT IS SO ORDERED.

DATED: _____

_____
CLAUDIA WILKEN
Judge, United States District Court

LEGAL_US_W # 57859935.1

Case No. C-07-4994 CW            -2-            STIPULATION AND [PROPOSED] ORDER
                                                SELECTING ADR PROCESS