WILLIAM R. TAMAYO -- #084965 (CA)
JONATHAN T. PECK -- #12303 (VA)
CINDY O'HARA -- #114555 (CA)
EQUAL EMPLOYMENT OPPORTUNITY
　COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, California  94105
Telephone:　(415) 625-5653
Facsimile:　(415) 625-5657

Attorneys for Plaintiff EEOC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br><br>　　　　　Plaintiff,<br><br>v.<br><br>**OVERNITE CORPORATION dba UPS FREIGHT and UNITED PARCEL SERVICE, INC.,**<br><br>　　　　　Defendants. | Civil Action No. C-07-04994 CW<br><br>**STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT DATES; DECLARATION OF CINDY O'HARA; [proposed] ORDER** |

## STIPULATION AND REQUEST

The parties to this action, by and through their counsel of record, hereby stipulate and request a continuance of the initial case management conference, currently set for February 26, 2008, and the related dates based on that conference. This request is based on the stipulation of the parties, and on the accompanying declaration of Cindy O'Hara in support thereof.

The requested continued dates are as follows:

| Event | Current date | Proposed date |
|---|---|---|
| Case management conference | February 26, 2008 | March 18, 2008 |
| Joint case management statement, Rule 26 report, and initial disclosures due | February 19, 2008 | March 11, 2008 |

IT IS SO STIPULATED.

E-filing Concurrence: I, Cindy O'Hara, certify that I have obtained the concurrence of Amy. C. Hirsh, counsel for Defendants Overnite Corporation and United Parcel Service, Inc., for the filing of this stipulation.

Dated: February 1, 2008

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

By: /S/ Cindy O'Hara
For Plaintiff EEOC

Dated: February 1, 2008

PAUL, HASTINGS, JANOFSKY & WALKER, LLP

By: /S/ Amy C. Hirsh
Katherine Huibonhoa
Amy C. Hirsh
For Defendants Overnite Corporation and United Parcel Service, Inc.

### DECLARATION OF CINDY O'HARA

I, Cindy O'Hara, declare:

1. I am an attorney at law licensed to practice in the state of California, a senior trial attorney with Plaintiff Equal Employment Opportunity Commission (EEOC), and an attorney of record for Plaintiff EEOC in this action.

2. From December 5, 2007 until January 18, 2008 I was out of the office on an unanticipated medical leave. During my absence, this case was transferred to another EEOC attorney, Sanya Hill Maxion. Subsequent to my return to work, I have been told that responsibility for this case is being transferred back to me.

3. The case management conference in this case is currently set for February 26, 2008, with the joint case management conference statement, Rule 26 report, and initial disclosures due one week before on February 19, 2008.

4. I will be absent from the office from February 11, to February 25, 2008, which

would shorten the time available for the parties to negotiate their joint case management report and Rule 26 report, as well as my time for preparing initial disclosures.

5. The requested extension will allow time for my review of the case since it has been assigned back to me, and allow both parties adequate time to prepare their joint case management report, Rule 26 report, and initial disclosures.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of February, 2008, at San Francisco, California.

                 /S/
                 Cindy O'Hara

## ORDER

It is ordered that the case management dates in this matter be continued as follows:

| Event | Current date | New date |
|---|---|---|
| Case management conference | February 26, 2008 | March 18, 2008 |
| Joint case management statement, Rule 26 report, and initial disclosures due | February 19, 2008 | March 11, 2008 |

IT IS SO ORDERED.

Dated:_____    _____
                                                        United States District Court Judge