**WILLIAM R. TAMAYO, SBN 084965 (CA)**
**JONATHAN T. PECK SBN 12303 (VA)**
**CINDY O'HARA, SBN 114555 (CA)**
**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**San Francisco District Office**
**350 The Embarcadero, Suite 500**
**San Francisco, CA 94105-1260**
**Telephone No. (415) 625-5653**
**Fax No. (415) 625-5657**

**Attorneys for Plaintiff**

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br><br>           **Plaintiff,**<br>     **v.**<br><br>**OVERNITE CORPORATION d/b/a UPS FREIGHT and UNITED PARCEL SERVICE, INC.,**<br><br>           **Defendant.** | Case No.  C 07-4994-CW<br><br>**SECOND NOTICE OF APPEARANCE OF CINDY O'HARA AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF EEOC** |

**TO:    The Clerk of the Court and all Parties to the Instant Action**

Please take notice that the undersigned attorney, Cindy O'Hara, is to be added as attorney of record for plaintiff Equal Employment Opportunity Commission (EEOC) in the instant lawsuit and will substitute as counsel for Sanya Hill Maxion. All communications to the EEOC regarding this lawsuit should be copied to Ms. O'Hara's attention in addition to those attorneys already representing the EEOC. Ms. O'Hara's contact information is as follows:

    U.S. Equal Employment Opportunity Commission
    350 The Embarcadero Street, Suite 500
    San Francisco, CA  94105-1260
    Direct Dial Line: (415) 625-5653
    Facsimile: (415) 625-5657
    Email:  cindy.ohara@eeoc.gov

Dated: February 4, 2008                              By:    /s/_____
                                                                    Cindy O'Hara

**C 07-4994-CW**
**SECOND NOT. OF APPEARANCE &**
**SUBSTITUTION OF COUNSEL**