WILLIAM R. TAMAYO -- #084965 (CA)
JONATHAN T.  PECK -- #12303 (VA)
CINDY O'HARA -- #114555 (CA)
EQUAL EMPLOYMENT OPPORTUNITY
  COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, California  94105
Telephone:    (415) 625-5653
Facsimile:    (415) 625-5657

Attorneys for Plaintiff EEOC

## UNITED STATES DISTRICT COURT

## NORTHERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** ) | Civil Action No. C-07-04994 CW |
| ) | |
| Plaintiff, ) | **STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT DATES; DECLARATION OF CINDY O'HARA;  ORDER** |
| v. ) | |
| ) | |
| **OVERNITE CORPORATION dba UPS FREIGHT and UNITED PARCEL SERVICE, INC.,** ) | |
| ) | |
| Defendants. ) | |
| ——————————————— ) | |

## STIPULATION AND REQUEST

The parties to this action, by and through their counsel of record, hereby stipulate and request a continuance of the initial case management conference, currently set for February 26, 2008, and the related dates based on that conference.  This request is based on the stipulation of the parties, and on the accompanying declaration of Cindy O'Hara in support thereof.

The requested continued dates are as follows:

| Event | Current date | Proposed date |
|---|---|---|
| Case management conference | February 26, 2008 | March 18, 2008 |
| Joint case management statement, Rule 26 report, and initial disclosures due | February 19, 2008 | March 11, 2008 |

1

2      IT IS SO STIPULATED.

3      E-filing Concurrence: I, Cindy O'Hara, certify that I have obtained the concurrence of

4      Amy. C. Hirsh, counsel for Defendants Overnite Corporation and United Parcel Service,

5      Inc., for the filing of this stipulation.

6
       Dated: February 1, 2008                              EQUAL EMPLOYMENT OPPORTUNITY
7                                                           COMMISSION

8                                                           By:   /S/ Cindy O'Hara
9                                                           For Plaintiff EEOC

       Dated: February 1, 2008
10                                                          PAUL, HASTINGS, JANOFSKY &
                                                            WALKER, LLP
11
                                                            By:   /S/ Amy C. Hirsh
12                                                          Katherine Huibonhoa
                                                            Amy C. Hirsh
13                                                          For Defendants Overnite Corporation and
                                                            United Parcel Service, Inc.
14

15
                              **DECLARATION OF CINDY O'HARA**
16

17         I, Cindy O'Hara, declare:

18         1.      I am an attorney at law licensed to practice in the state of California, a senior

19     trial attorney with Plaintiff Equal Employment Opportunity Commission (EEOC), and an

20     attorney of record for Plaintiff EEOC in this action.

21         2.      From  December 5, 2007 until  January 18, 2008 I was out of the office on an

22     unanticipated medical leave.  During my absence, this case was transferred to another EEOC

23     attorney, Sanya Hill Maxion.  Subsequent to my return to work, I have been told that

24     responsibility for this case is being transferred back to me.

25         3.      The case management conference in this case is currently set for February 26,

26     2008, with the joint case management conference statement, Rule 26 report, and initial

27     disclosures due one week before on February 19, 2008.

28         4.      I will be absent from the office from February 11, to February 25, 2008, which

1 would shorten the time available for the parties to negotiate their joint case management report

2 and Rule 26 report, as well as my time for preparing initial disclosures.

3        5.        The requested extension will allow time for my review of the case since it has

4 been assigned back to me, and allow both parties adequate time to prepare their joint case

5 management report, Rule 26 report, and initial disclosures.

6        I declare under penalty of perjury that the foregoing is true and correct.   Executed this

7 1st day of February, 2008, at San Francisco, California.

8                                        _____/S/_____

9                                        Cindy O'Hara

10                                        **ORDER**

11        It is ordered that the case management dates in this matter be continued as follows:

12 | Event | Current date | New date |
| --- | --- | --- |
| Case management conference | February 26, 2008 | March 18, 2008 |
| Joint case management statement, Rule 26 report, and initial disclosures due | February 19, 2008 | March 11, 2008 |

16        IT IS SO ORDERED.

17                2/11/08

18 Dated:_____                _____

19                                        United States District Court Judge