1   KATHERINE C. HUIBONHOA (SB# 207648)
    katherinehuibonhoa@paulhastings.com
2   AMY C. HIRSH (SB# 246533 )
    amyhirsh@paulhastings.com
3   PAUL, HASTINGS, JANOFSKY & WALKER LLP
    55 Second Street
4   Twenty-Fourth Floor
    San Francisco, CA  94105-3441
5   Telephone:  (415) 856-7000
    Facsimile:  (415) 856-7100
6
    Attorneys for Defendants
7   OVERNITE CORPORATION and UNITED PARCEL SERVICE, INC.

8   WILLIAM R. TAMAYO (SB# 084965) (CA) william.tamayo@eeoc.gov
    JONATHAN T. PECK (SB# 12303) (VA) jonathan.peck@eeoc.gov
9   CINDY O'HARA (SB# 114555 ) (CA) cindy.ohara@eeoc.gov
    EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
10  San Francisco District Office
    350 The Embarcadero, Suite 500
11  San Francisco, CA  94105-1260
    Telephone:  (415) 625-5653
12  Facsimile:  (415) 625-5657

13  Attorneys for Plaintiff
    EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
14

15                  UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17                  SAN FRANCISCO DIVISION

18

19  EQUAL EMPLOYMENT                    CASE NO. C-07-4994 CW
    OPPORTUNITY COMMISSION,
20                                      **STIPULATION AND ORDER SELECTING**
            Plaintiff,                  **ADR PROCESS**
21
        vs.
22
    OVERNITE CORPORATION d/b/a UPS
23  FREIGHT and UNITED PARCEL
    SERVICE, INC.,
24
            Defendants.
25

26

27

28

Case No. C-07-4994 CW                   STIPULATION AND [PROPOSED] ORDER
                                        SELECTING ADR PROCESS

1    Counsel report that they have met and conferred regarding ADR and have reached

2    the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

3

4    The parties agree to participate in the following ADR process:

5

6    **Court Processes:**

7    ☐    Non-binding Arbitration (ADR L.R. 4)

8    ☐    Early Neutral Evaluation (ENE) (ADR L.R. 5)

9    ☒    Mediation (ADR L.R. 6)

10   **Private Process:**

11   ☐    Private ADR (*please identify process and provider*) _____

12

13   The parties agree to hold the ADR session by:

14   ☒    the presumptive deadline (*The deadline is 90 days from the date of the

15   order referring the case to an ADR process unless otherwise ordered.*)

16   ☐    other requested deadline _____

17

18   DATED:  February __, 2008    EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

19

20   By:_____
                                      CINDY O'HARA

21   Attorneys for Plaintiff

22   DATED:  February __, 2008    PAUL, HASTINGS, JANOFSKY & WALKER LLP

23

24   By:_____
                                      AMY C. HIRSH

25

26   Attorneys for Defendants
     OVERNITE CORPORATION and UNITED PARCEL

27   SERVICE, INC.

28

---

Case No. C-07-4994 CW                    - 1 -             STIPULATION AND [PROPOSED] ORDER
                                                           SELECTING ADR PROCESS

1

## **ORDER**

2

3
Pursuant to the Stipulation above, the captioned matter is hereby referred to:

4

5
☐    Non-binding Arbitration

6
☐    Early Neutral Evaluation (ENE)

7
☒    Mediation

8
☐    Private ADR

9

10
Deadline for ADR session

11

12
☒    90 days from the date of this order.

13
☐    other _____

14

15
IT IS SO ORDERED.

16
DATED: _2/11/08

17

18
_____

19
CLAUDIA WILKEN
Judge, United States District Court

LEGAL_US_W # 57859935.1

20

21

22

23

24

25

26

27

28