# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Equal Employment Opportunity Commission,<br><br>                 Plaintiff(s),<br><br>   v.<br><br>Overnite Corporation,<br><br>                 Defendant(s). | 07-04994 CW MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

        **Jacqueline Scott Corley**
        Law Clerk to the Hon. Charles R. Breyer
        450 Golden Gate Ave.
        San Francisco, CA 94102
        415-522-3187

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

1     Counsel are reminded that the written mediation statements required by the ADR

2 L.R. 6-7 shall NOT be filed with the court.

4 Dated: February 28, 2008

                                        RICHARD W. WIEKING
                                        Clerk
                                        by:    Alice M. Fiel

                                        ADR Case Administrator
                                        415-522-3148
                                        Alice_Fiel@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-04994 CW MED                           - 2 -