KATHERINE C. HUIBONHOA (SB# 207648)
katherinehuibonhoa@paulhastings.com
AMY C. HIRSH (SB# 246533)
amyhirsh@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Defendants
OVERNITE CORPORATION and UNITED PARCEL SERVICE, INC.

WILLIAM R. TAMAYO (SB# 084965) (CA)
JONATHAN T. PECK (SB# 12303) (VA)
CINDY O'HARA (SB# 114555) (CA)
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105
Telephone: (415) 625-5653
Facsimile: (415) 625-5657

Attorneys for Plaintiff
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>OVERNITE CORPORATION dba UPS FREIGHT and UNITED PARCEL SERVICE, INC.,<br><br>Defendants. | Case No. C-07-4994 CW<br><br>**ORDER GRANTING STIPULATION FOR DEFENDANTS TO FILE A FIRST AMENDED ANSWER TO COMPLAINT** |

# STIPULATION

Pursuant to Federal Rule of Civil Procedure 15(a), Defendants Overnite Corporation (erroneously designated in the Complaint as "Overnite Corporation dba UPS Freight") and United Parcel Service, Inc. and Plaintiff Equal Employment Opportunity Commission, acting through their respective counsel of record, hereby stipulate and jointly request that the Court order as follows:

1. Defendants shall have leave to file a First Amended Answer to Complaint in the form attached as Exhibit A to the stipulation.

Dated: March ___, 2008

KATHERINE C. HUIBONHOA
AMY C. HIRSH
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
      AMY C. HIRSH

Attorneys for Defendants
OVERNITE CORPORATION and UNITED PARCEL SERVICE, INC.

Dated: March___, 2008

WILLIAM R. TAMAYO
JONATHAN T. PECK
CINDY O'HARA
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

By: _____
      CINDY O'HARA

Attorneys for Plaintiff
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

1 **ORDER**

2   PURSUANT TO STIPULATION, IT IS SO ORDERED:

3

4

5   DATED: 3/10/08.          By: /s/ Claudia Wilken
6                                CLAUDIA WILKEN
                                 Judge, United States District Court
7

8

9   LEGAL_US_W # 58320093.1

| Case No. C-07-4994 CW | -2- | STIPULATION AND [PROPOSED ORDER] TO FILE FIRST AMENDED ANSWER |
|---|---|---|