KATHERINE C. HUIBONHOA (SB# 207648)
katherinehuibonhoa@paulhastings.com
AMY C. HIRSH (SB# 246533)
amyhirsh@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Defendants
OVERNITE CORPORATION and UNITED PARCEL SERVICE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>OVERNITE CORPORATION dba UPS FREIGHT and UNITED PARCEL SERVICE, INC.,<br><br>Defendants. | CASE NO. C-07-4994 CW<br><br>**DECLINATION TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE** |

The undersigned parties hereby decline at this time to consent to the reference of the above-captioned matter to a United States Magistrate Judge for trial and disposition.

DATED: April 11, 2008         PAUL, HASTINGS, JANOFSKY & WALKER LLP

                              By: _____/s/ Amy C. Hirsh_____
                                          AMY C. HIRSH

                              Attorneys for Defendants
                              OVERNITE CORPORATION and UNITED PARCEL SERVICE, INC.

LEGAL_US_W # 58680882.1