KATHERINE C. HUIBONHOA (SB# 207648)
katherinehuibonhoa@paulhastings.com
AMY C. HIRSH (SB# 246533)
amyhirsh@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA  94105-3441
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100

Attorneys for Defendants
UPS GROUND FREIGHT, INC., d/b/a UPS FREIGHT and UNITED PARCEL SERVICE, INC.

WILLIAM R. TAMAYO (SB# 084965) (CA)
JONATHAN T. PECK (SB# 12303) (VA)
CINDY O'HARA (SB# 114555) (CA)
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105
Telephone:  (415) 625-5653
Facsimile:  (415) 625-5657

Attorneys for Plaintiff
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>OVERNITE CORPORATION dba UPS FREIGHT and UNITED PARCEL SERVICE, INC.,<br><br>　　　　　　Defendants. | Case No. C-07-4994 CW<br><br>**STIPULATION FOR PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT TO CORRECT DEFENDANT NAME; ORDER** |

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 15(a), Defendants UPS Ground Freight, Inc., d/b/a UPS Freight (designated in the Complaint as "Overnite Corporation dba UPS Freight") and United Parcel Service, Inc., and Plaintiff Equal Employment Opportunity Commission, acting through their respective counsel of record, hereby stipulate and jointly request that the Court order as follows:

1.  Pursuant to the Court's request during the initial Case Management Conference on March 18, 2008, the parties have met and conferred regarding whether Overnite Corporation dba UPS Freight is properly named in the Complaint and, if not, what the correct entity should be. Defendants have informed Plaintiff that the proper operating company, and therefore the proper party to this action, is not the named "Overnite Corporation dba UPS Freight," but instead is "UPS Ground Freight, Inc., d/b/a UPS Freight." The parties thus shall have leave to amend the pleadings in this action to reflect this correction.

2.  Specifically, Plaintiff shall have leave to file a First Amended Complaint substituting UPS Ground Freight, Inc., d/b/a UPS Freight for Overnite Corporation dba UPS Freight as a Defendant in this action, in the form attached as Exhibit A to this stipulation.

3.  After Plaintiff files the First Amended Complaint, Defendants UPS Ground Freight, Inc., d/b/a UPS Freight and United Parcel Service, Inc., shall file an Answer to the First Amended Complaint substituting UPS Ground Freight, Inc., d/b/a UPS Freight for Overnite Corporation dba UPS Freight as a Defendant in this action, in the form attached as Exhibit B to this stipulation.

| | | |
|---|---|---|
| 1 | Dated: April 18, 2008 | KATHERINE C. HUIBONHOA |
| 2 | | AMY C. HIRSH |
| | | PAUL, HASTINGS, JANOFSKY & WALKER LLP |

By: _____
       AMY C. HIRSH

Attorneys for Defendants
UPS GROUND FREIGHT, INC., d/b/a UPS FREIGHT
and UNITED PARCEL SERVICE, INC.

Dated: April 18, 2008   WILLIAM R. TAMAYO
JONATHAN T. PECK
CINDY O'HARA
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION


By:          /S/  Cindy O'Hara
                CINDY O'HARA

Attorneys for Plaintiff
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

---

Case No. C-07-4994 CW           -2-           STIPULATION TO FILE FIRST AMENDED COMPLAINT; ORDER

1

**<u>ORDER</u>**

2      PURSUANT TO STIPULATION, IT IS SO ORDERED:

3

4      4/22/08

5

    DATED: _____.    By:_____
6                                          CLAUDIA WILKEN
                                       Judge, United States District Court
7

8

9   LEGAL_US_W # 58746099.1

---

Case No. C-07-4994 CW              -3-         STIPULATION TO FILE FIRST AMENDED
                                                              COMPLAINT; ORDER