KATHERINE C. HUIBONHOA (SB# 207648)
katherinehuibonhoa@paulhastings.com
AMY C. HIRSH (SB# 246533)
amyhirsh@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Defendants
UPS GROUND FREIGHT, INC., d/b/a UPS FREIGHT AND UNITED PARCEL SERVICE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>UPS GROUND FREIGHT, INC., d/b/a UPS FREIGHT and UNITED PARCEL SERVICE, INC.,<br><br>Defendants. | CASE NO. C-07-4994 CW<br><br>**DEFENDANTS' CERTIFICATION AS TO INTERESTED ENTITIES OR PERSONS**<br><br>**LOCAL RULE 3-16** |

TO THE CLERK OF COURT, PLAINTIFF, AND PLAINTIFF'S ATTORNEYS OF RECORD:

Pursuant to Civil L.R. 3-16, defendants certify that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Defendant UPS Ground Freight, Inc., d/b/a UPS Freight is a wholly owned subsidiary of Overnite Corporation, which in turn is a wholly owned subsidiary of United Parcel Service of America, Inc., which in turn is a wholly owned subsidiary of defendant United Parcel Service, Inc., which is a publicly traded company.

DATED: April 23, 2008

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: /s/ Amy C. Hirsh
AMY C. HIRSH

Attorneys for Defendants
UPS GROUND FREIGHT, INC., D/B/A UPS FREIGHT
and UNITED PARCEL SERVICE, INC.

LEGAL_US_W # 58744764.1