1  KATHERINE C. HUIBONHOA (SB# 207648)
   katherinehuibonhoa@paulhastings.com
2  AMY C. HIRSH (SB# 246533)
   amyhirsh@paulhastings.com
3  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street
4  Twenty-Fourth Floor
   San Francisco, CA 94105-3441
5  Telephone: (415) 856-7000
   Facsimile: (415) 856-7100
6

7  Attorneys for Defendants
   UPS GROUND FREIGHT, INC., d/b/a UPS FREIGHT and UNITED PARCEL SERVICE,
8  INC.

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         OAKLAND DIVISION

12

13 | EQUAL EMPLOYMENT              | CASE NO. C-07-4994 CW
   | OPPORTUNITY COMMISSION,       |
14 |                               | **DEFENDANTS' CORPORATE
   |          Plaintiff,           | DISCLOSURE STATEMENT**
15 |                               |
   |     vs.                       |
16 |                               | **FRCP 7.1**
   | UPS GROUND FREIGHT, INC., d/b/a |
17 | UPS FREIGHT and UNITED PARCEL |
   | SERVICE, INC.,                |
18 |                               |
   |          Defendants.          |
19

20

...

28

TO THE CLERK OF COURT, PLAINTIFF, AND PLAINTIFF'S ATTORNEYS OF RECORD:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendants certify that as of this date defendant UPS Ground Freight, Inc., d/b/a UPS Freight is a wholly owned subsidiary of Overnite Corporation, which in turn is a wholly owned subsidiary of United Parcel Service of America, Inc., which in turn is a wholly owned subsidiary of defendant United Parcel Service, Inc., which is a publicly traded company. The undersigned further certify that Defendant United Parcel Service, Inc., has no parent companies, and as of this date, no publicly-held corporations own ten percent (10%) or more of its stock.

DATED: April 23, 2008

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
AMY C. HIRSH

Attorneys for Defendants
UPS GROUND FREIGHT, INC., d/b/a UPS FREIGHT
and UNITED PARCEL SERVICE, INC.

LEGAL_US_W # 58744687.1

---

Case No. C-07-4994 CW

DEFENDANTS' CORPORATE
DISCLOSURE STATEMENT