KATHERINE C. HUIBONHOA (SB# 207648)
AMY C. HIRSH (SB# 246533)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
katherinehuibonhoa@paulhastings.com
amyhirsh@paulhastings.com

Attorneys for Defendants
UPS GROUND FREIGHT, INC., d/b/a UPS FREIGHT and UNITED PARCEL SERVICE, INC.

WILLIAM R. TAMAYO (SB# 084965) (CA)
JONATHAN T. PECK (SB# 12303) (VA)
CINDY O'HARA (SB# 114555) (CA)
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105
Telephone: (415) 625-5653
Facsimile: (415) 625-5657
cindy.ohara@eeoc.gov

Attorneys for Plaintiff
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>UPS GROUND FREIGHT, INC., d/b/a UPS FREIGHT and UNITED PARCEL SERVICE, INC.,<br><br>Defendants. | Case No. C-07-4994 CW<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT DEADLINES; DECLARATION OF AMY C. HIRSH; PROPOSED ORDER** |

1     WHEREAS the parties have been actively investigating and evaluating the case in
2 preparation for a productive and meaningful mediation and agree that it would be helpful and
3 efficient to have additional time to further investigate and evaluate the case in order to have a
4 productive and meaningful mediation, and

5     WHEREAS the parties have been actively pursuing discovery but have been
6 delayed scheduling and taking depositions due to witness illness and out-of-town location,

7     IT IS HEREBY STIPULATED by and between the parties hereto, though their
8 respective counsel, that the dates listed in the Minute Order and Case Management Order be
9 modified as follows:

| | Current Date | Proposed Date |
|---|---|---|
| Deadline to Conduct Court Mediation | July 11, 2008 | August 25, 2008 |
| Deadline to Hear Case Dispositive Motions | September 18, 2008 | November 6, 2008 |
| Date of Next Case Management Conference | September 18, 2008 | November 6, 2008 |
| Completion of Fact Discovery | October 3, 2008 | November 21, 2008 |
| Disclosure of Identities and Reports of Expert Witnesses | November 3, 2008 | December 19, 2008 |
| Completion of Expert Discovery | December 22, 2008 | February 2, 2009 |
| Final Pretrial Conference | March 3, 2009 | May 5, 2009 |
| Jury Trial | March 16, 2009 | May 18, 2009 |

///
///
///
///
///
///

THEREFORE, the parties do hereby stipulate to allowing the changes in the Case Management Order and request continuances as proposed above.

Dated: June 9, 2008

KATHERINE C. HUIBONHOA
AMY C. HIRSH
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: /s/ Amy C. Hirsh
AMY C. HIRSH

Attorneys for Defendants
UPS GROUND FREIGHT, INC., d/b/a UPS FREIGHT
and UNITED PARCEL SERVICE, INC.

Dated: June 6, 2008

WILLIAM R. TAMAYO
JONATHAN T. PECK
CINDY O'HARA
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

By: /s/ Cindy O'Hara
CINDY O'HARA

Attorneys for Plaintiff
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# DECLARATION OF AMY C. HIRSH

I, Amy C. Hirsh, declare:

1.  I am an attorney at law licensed to practice before the Courts of the State of California and before this Court. I am an associate with the law firm of Paul, Hastings, Janofsky & Walker LLP ("Paul Hastings"), attorneys for Defendants UPS Ground Freight, Inc., d/b/a UPS Freight and United Parcel Service, Inc. If called as a witness, I would and could competently testify thereto to all facts within my personal knowledge except where stated upon information and belief.

2.  The parties have been actively investigating and evaluating the case in preparation for a productive and meaningful mediation.

3.  The parties are actively pursuing discovery but have been delayed scheduling and taking depositions due to witness illness and out-of-town location.

4.  There is good cause to extend the time for the mediation deadline by 45 days from July 11, 2008, to August 25, 2008, because the parties agree that it would be helpful and efficient to have additional time to further investigate and evaluate the case in order to have a productive and meaningful mediation.

5.  The extension of the deadline for mediation will impact the other case management dates in this case. Additionally, both parties require additional time to conduct and complete discovery, and believe that it would be mutually beneficial and serve the interests of justice to have additional time to conduct and complete discovery and further evaluate the case. As such, good cause exists to extend the time for the other case management deadlines in this case.

6.  The only previous time modification in the case was a stipulation by the parties and Court order to extend the time to hold the Case Management Conference and related filing deadlines.

///

1  I declare under penalty of perjury under the laws of the State of California and the
2  United States that the foregoing is true and correct.
3  Executed this _9th_ day of June, 2008, at San Francisco, California.

_____
AMY C. HIRSH

## [PROPOSED] ORDER

It is ordered that the case management dates in this matter be continued as follows:

| | Current Date | Proposed Date |
|---|---|---|
| Deadline to Conduct Court Mediation | July 11, 2008 | August 25, 2008 |
| Deadline to Hear Case Dispositive Motions | September 18, 2008 | November 6, 2008 |
| Date of Next Case Management Conference | September 18, 2008 | November 6, 2008 |
| Completion of Fact Discovery | October 3, 2008 | November 21, 2008 |
| Disclosure of Identities and Reports of Expert Witnesses | November 3, 2008 | December 19, 2008 |
| Completion of Expert Discovery | December 22, 2008 | February 2, 2009 |
| Final Pretrial Conference | March 3, 2009 | May 5, 2009 |
| Jury Trial | March 16, 2009 | May 18, 2009 |

IT IS SO ORDERED.

DATED: _____.

_____
CLAUDIA WILKEN
Judge, United States District Court

LEGAL_US_W # 58988077 2