1 | KATHERINE C. HUIBONHOA (SB# 207648)
AMY C. HIRSH (SB# 246533)
2 | PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
3 | Twenty-Fourth Floor
San Francisco, CA 94105-3441
4 | Telephone: (415) 856-7000
Facsimile: (415) 856-7100
5 | katherinehuibonhoa@paulhastings.com
amyhirsh@paulhastings.com

Attorneys for Defendants
UPS GROUND FREIGHT, INC., d/b/a UPS FREIGHT and UNITED PARCEL SERVICE, INC.

WILLIAM R. TAMAYO (SB# 084965) (CA)
JONATHAN T. PECK (SB# 12303) (VA)
CINDY O'HARA (SB# 114555) (CA)
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105
Telephone: (415) 625-5653
Facsimile: (415) 625-5657
cindy.ohara@eeoc.gov

Attorneys for Plaintiff
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>   Plaintiff,<br><br> vs.<br><br>UPS GROUND FREIGHT, INC., d/b/a UPS FREIGHT and UNITED PARCEL SERVICE, INC.,<br><br>   Defendants. | Case No. C-07-4994 CW<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT DEADLINES; DECLARATION OF AMY C. HIRSH; ORDER** |

1  WHEREAS the parties have been actively investigating and evaluating the case in
2  preparation for a productive and meaningful mediation and agree that it would be helpful and
3  efficient to have additional time to further investigate and evaluate the case in order to have a
4  productive and meaningful mediation, and

5  WHEREAS the parties have been actively pursuing discovery but have been
6  delayed scheduling and taking depositions due to witness illness and out-of-town location,

7  IT IS HEREBY STIPULATED by and between the parties hereto, though their
8  respective counsel, that the dates listed in the Minute Order and Case Management Order be
9  modified as follows:

|  | Current Date | Proposed Date |
|---|---|---|
| Deadline to Conduct Court Mediation | July 11, 2008 | August 25, 2008 |
| Deadline to Hear Case Dispositive Motions | September 18, 2008 | November 6, 2008 |
| Date of Next Case Management Conference | September 18, 2008 | November 6, 2008 |
| Completion of Fact Discovery | October 3, 2008 | November 21, 2008 |
| Disclosure of Identities and Reports of Expert Witnesses | November 3, 2008 | December 19, 2008 |
| Completion of Expert Discovery | December 22, 2008 | February 2, 2009 |
| Final Pretrial Conference | March 3, 2009 | May 5, 2009 |
| Jury Trial | March 16, 2009 | May 18, 2009 |

///
///
///
///
///
///

Case No. C-07-4994 CW            -1-            STIPULATION TO CONTINUE CASE MANAGEMENT DEADLINES; ORDER

1     THEREFORE, the parties do hereby stipulate to allowing the changes in the Case
2  Management Order and request continuances as proposed above.

3
4  Dated: June ___, 2008           KATHERINE C. HUIBONHOA
                                   AMY C. HIRSH
5                                  PAUL, HASTINGS, JANOFSKY & WALKER LLP

6
7                                  By:_____
                                           AMY C. HIRSH

8                                  Attorneys for Defendants
9                                  UPS GROUND FREIGHT, INC., d/b/a UPS FREIGHT
                                   and UNITED PARCEL SERVICE, INC.

10 Dated: June ___, 2008           WILLIAM R. TAMAYO
                                   JONATHAN T. PECK
11                                 CINDY O'HARA
                                   EQUAL EMPLOYMENT OPPORTUNITY
12                                 COMMISSION

13
14                                 By:_____
                                           CINDY O'HARA
15
16                                 Attorneys for Plaintiff
                                   EQUAL EMPLOYMENT OPPORTUNITY
17                                 COMMISSION

18
19
20
21
22
23
24
25
26
27
28

Case No. C-07-4994 CW          -2-       STIPULATION TO CONTINUE CASE
                                         MANAGEMENT DEADLINES; ORDER

## DECLARATION OF AMY C. HIRSH

I, Amy C. Hirsh, declare:

1. I am an attorney at law licensed to practice before the Courts of the State of California and before this Court. I am an associate with the law firm of Paul, Hastings, Janofsky & Walker LLP ("Paul Hastings"), attorneys for Defendants UPS Ground Freight, Inc., d/b/a UPS Freight and United Parcel Service, Inc. If called as a witness, I would and could competently testify thereto to all facts within my personal knowledge except where stated upon information and belief.

2. The parties have been actively investigating and evaluating the case in preparation for a productive and meaningful mediation.

3. The parties are actively pursuing discovery but have been delayed scheduling and taking depositions due to witness illness and out-of-town location.

4. There is good cause to extend the time for the mediation deadline by 45 days from July 11, 2008, to August 25, 2008, because the parties agree that it would be helpful and efficient to have additional time to further investigate and evaluate the case in order to have a productive and meaningful mediation.

5. The extension of the deadline for mediation will impact the other case management dates in this case. Additionally, both parties require additional time to conduct and complete discovery, and believe that it would be mutually beneficial and serve the interests of justice to have additional time to conduct and complete discovery and further evaluate the case. As such, good cause exists to extend the time for the other case management deadlines in this case.

6. The only previous time modification in the case was a stipulation by the parties and Court order to extend the time to hold the Case Management Conference and related filing deadlines.

///

Case No. C-07-4994 CW -3- STIPULATION TO CONTINUE CASE MANAGEMENT DEADLINES; ORDER

1         I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

        Executed this _____ day of June, 2008, at San Francisco, California.

_____
AMY C. HIRSH

---

Case No. C-07-4994 CW      -4-      STIPULATION TO CONTINUE CASE MANAGEMENT DEADLINES; ORDER

# **ORDER**

It is ordered that the case management dates in this matter be continued as follows:

|  | Current Date | Proposed Date |
|---|---|---|
| Deadline to Conduct Court Mediation | July 11, 2008 | August 25, 2008 |
| Deadline to Hear Case Dispositive Motions | September 18, 2008 | November 6, 2008 |
| Date of Next Case Management Conference | September 18, 2008 | November 6, 2008 |
| Completion of Fact Discovery | October 3, 2008 | November 21, 2008 |
| Disclosure of Identities and Reports of Expert Witnesses | November 3, 2008 | December 19, 2008 |
| Completion of Expert Discovery | December 22, 2008 | February 2, 2009 |
| Final Pretrial Conference | March 3, 2009 | May 5, 2009 |
| Jury Trial | March 16, 2009 | May 18, 2009 |

IT IS SO ORDERED.

DATED: 6/10/08 .                    _____
                                                    CLAUDIA WILKEN
                                         Judge, United States District Court

LEGAL_US_W # 58988077.2

---

Case No. C-07-4994 CW    -5-    STIPULATION TO CONTINUE CASE MANAGEMENT DEADLINES; ORDER