ALTERNATIVE DISPUTE RESOLUTION PROGRAM
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-3148

June 30, 2008

Cindy O'Hara
William Robert Tamayo
Equal Employment Opportunity
Commission
350 The Embarcadero, Suite 500
San Francisco District Office
San Francisco, CA 94105-1687
415-625-5653

Katherine C Huibonhoa
Amy Clara Hirsh
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
SAN FRANCISCO, CA 94105
415-856-7000

Re: Equal Employment Opportunity Commission v. Overnite Corporation
<u>Case No. C 07-04994 CW MED</u>

Dear Counsel:

The ADR Program would like to convene a conference call with one of our legal staff, to discuss the Mediation. We would like to schedule this for **Wednesday, July 9, 2008 at 11:00 a.m.** This office will initiate the call to the phone numbers above unless directed otherwise. Please call me at 415-522-3148 as soon as possible to confirm your availability and to give me the phone number where you can be reached.

Thank you for your attention to this matter.

Sincerely,

Alice M. Fiel
ADR Case Administrator