

1  KATHERINE C. HUIBONHOA (SB# 207648)
   AMY C. HIRSH (SB# 246533)
2  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street
3  Twenty-Fourth Floor
   San Francisco, CA  94105-3441
4  Telephone:  (415) 856-7000
   Facsimile:  (415) 856-7100
5  katherinehuibonhoa@paulhastings.com
   amyhirsh@paulhastings.com
6
   Attorneys for Defendants
7  UPS GROUND FREIGHT, INC., d/b/a UPS FREIGHT and UNITED PARCEL SERVICE,
   INC.
8
   WILLIAM R. TAMAYO (SB# 084965) (CA)
9  JONATHAN T. PECK (SB# 12303) (VA)
   CINDY O'HARA (SB# 114555) (CA)
10 EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
   San Francisco District Office
11 350 The Embarcadero, Suite 500
   San Francisco, CA 94105
12 Telephone:  (415) 625-5653
   Facsimile:  (415) 625-5657
13 cindy.ohara@eeoc.gov

14 Attorneys for Plaintiff
   EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
15

16              UNITED STATES DISTRICT COURT

17             NORTHERN DISTRICT OF CALIFORNIA

18                    OAKLAND DIVISION

19

20 EQUAL EMPLOYMENT                    Case No. C-07-4994 CW
   OPPORTUNITY COMMISSION,
21                                     **STIPULATION TO CONTINUE CASE**
              Plaintiff,               **MANAGEMENT DEADLINES;**
22                                     **DECLARATION OF AMY C. HIRSH;**
         vs.                           **PROPOSED ORDER**
23
   UPS GROUND FREIGHT, INC., d/b/a
24 UPS FREIGHT and UNITED PARCEL
   SERVICE, INC.,
25
              Defendants.
26

27

28

1    WHEREAS the parties conducted their first mediation session on August 20, 2008

2    with Jacqueline Corley through the Court's ADR Program,

3    WHEREAS the parties believe additional court mediation session(s) will further

4    the efficient and productive resolution of this case,

5    WHEREAS Ms. Corley advised the parties she concurs that additional court

6    mediation session(s) will be productive,

7    WHEREAS the parties have scheduled a second court mediation session for

8    September 9, 2008,

9    WHEREAS the parties believe it would be productive and meaningful to conserve

10   resources and stay discovery until mediation resumes on September 9, 2008,

11   WHEREAS the parties hope to reach a resolution on September 9, 2008, but if not,

12   believe they will need additional time to further evaluate the case and conduct discovery in light

13   of delayed scheduling and taking depositions due to witness illness and out-of-town location,

14   IT IS HEREBY STIPULATED by and between the parties hereto, through their

15   respective counsel, that the dates listed in the Minute Order and Case Management Order be

16   modified as follows:

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

|  | <u>Current Date</u> | <u>Proposed Date</u> |
|---|---|---|
| Deadline to Conduct Court Mediation | August 25, 2008 | September 24, 2008 |
| Deadline to Hear Case Dispositive Motions | November 6, 2008 | February 19, 2009 |
| Date of Next Case Management Conference | November 6, 2008 | February 19, 2009 |
| Completion of Fact Discovery | November 21, 2008 | March 5, 2009 |
| Disclosure of Identities and Reports of Expert Witnesses | December 19, 2008 | March 19, 2009 |
| Completion of Expert Discovery | February 2, 2009 | April 30, 2009 |
| Final Pretrial Conference | May 5, 2009 | June 9, 2009 |
| Jury Trial | May 18, 2009 | July 6, 2009 |

THEREFORE, the parties do hereby stipulate to allowing the changes in the Case Management Order and request continuances as proposed above.

///
///
///
///
///
///
///
///
///
///
///
///
///

1    Dated:  August 25 2008                KATHERINE C. HUIBONHOA
                                           AMY C. HIRSH
2                                          PAUL, HASTINGS, JANOFSKY & WALKER LLP

3

4                                          By:  _____
                                                        AMY C. HIRSH
5
                                           Attorneys for Defendants
6                                          UPS GROUND FREIGHT, INC., d/b/a UPS FREIGHT
                                           and UNITED PARCEL SERVICE, INC.
7
8    Dated:  August ___, 2008              WILLIAM R. TAMAYO
                                           JONATHAN T. PECK
                                           CINDY O'HARA
9                                          EQUAL EMPLOYMENT OPPORTUNITY
                                           COMMISSION
10

11

12                                         By:  _____
                                                        CINDY O'HARA
13
                                           Attorneys for Plaintiff
14                                         EQUAL EMPLOYMENT OPPORTUNITY
                                           COMMISSION
15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   Dated: August ___, 2008          KATHERINE C. HUIBONHOA
                                     AMY C. HIRSH
2                                    PAUL, HASTINGS, JANOFSKY & WALKER LLP

3

4                                    By:_____
                                                  AMY C. HIRSH
5
                                     Attorneys for Defendants
6                                    UPS GROUND FREIGHT, INC., d/b/a UPS FREIGHT
                                     and UNITED PARCEL SERVICE, INC.
7
    Dated: August 22, 2008           WILLIAM R. TAMAYO
8                                    JONATHAN T. PECK
                                     CINDY O'HARA
9                                    EQUAL EMPLOYMENT OPPORTUNITY
                                     COMMISSION
10

11

12                                   By:_____
                                                  CINDY O'HARA
13
                                     Attorneys for Plaintiff
14                                   EQUAL EMPLOYMENT OPPORTUNITY
                                     COMMISSION
15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF AMY C. HIRSH

I, Amy C. Hirsh, declare:

1.      I am an attorney at law licensed to practice before the Courts of the State of California and before this Court.  I am an associate with the law firm of Paul, Hastings, Janofsky & Walker LLP ("Paul Hastings"), attorneys for Defendants UPS Ground Freight, Inc., d/b/a UPS Freight and United Parcel Service, Inc.  If called as a witness, I would and could competently testify thereto to all facts within my personal knowledge except where stated upon information and belief.

2.      The parties have been actively investigating and evaluating the case in preparation for a productive and meaningful mediation.

3.      The parties attended their first mediation session on August 20, 2008.

4.      Though the parties were not able to resolve the case at the August 20, 2008 mediation session, they believe that additional mediation sessions will further resolution of this matter.

5.      Jacqueline Corley, the mediator in this case, concurs that additional court mediation sessions will be productive and that a stipulation to extend case management deadlines would further mediation in this case.

6.      There is good cause to extend the time for the mediation deadline by 30 days from August 25, 2008, to September 24, 2008, because the parties agree that it would be helpful and efficient to have additional court mediation sessions to further resolution of this case.

7.      The extension of the deadline for mediation will impact the other case management dates in this case.  Additionally, both parties require additional time to conduct and complete discovery, and believe that it would be mutually beneficial and serve the interests of justice to have additional time to conduct and complete discovery and further evaluate the case. The parties further need additional time to conduct discovery because of witness illness and out-

1    of-town location.  As such, good cause exists to extend the time for the other case management

2    deadlines in this case.

3              I declare under penalty of perjury under the laws of the State of California and the

4    United States that the foregoing is true and correct.

5              Executed this 25 day of August, 2008, at San Francisco, California.

6

7

8                                               AMY C. HIRSH

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## [PROPOSED] ORDER

2      It is ordered that the case management dates in this matter be continued as follows:

3

| | Current Date | Proposed Date |
|---|---|---|
| Deadline to Conduct Court Mediation | August 25, 2008 . | September 24, 2008 |
| Deadline to Hear Case Dispositive Motions | November 6, 2008 | February 19, 2009 |
| Date of Next Case Management Conference | November 6, 2008 | February 19, 2009 |
| Completion of Fact Discovery | November 21, 2008 | March 5, 2009 |
| Disclosure of Identities and Reports of Expert Witnesses | December 19, 2008 | March 19, 2009 |
| Completion of Expert Discovery | February 2, 2009 | April 30, 2009 |
| Final Pretrial Conference | May 5, 2009 | June 9, 2009 |
| Jury Trial | May 18, 2009 | July 6, 2009 |

17          IT IS SO ORDERED.

18

19   DATED: _____.    _____
20                                          CLAUDIA WILKEN
                                        Judge, United States District Court
21

22

23

24   LEGAL_US_W # 59783256.2

25

26

27

28