**FILED**

AUG 2 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**E-filing**

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Equal Employment Opportunity Commission,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>Overnite Corporation,<br><br>　　　　Defendant(s). | No. C 07-04994 CW MED<br><br>**Certification of ADR Session** |

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☑ Mediation or ☐ ENE session on (date) __Aug. 20, 2008__

2. Did the case settle?　☐ fully　☐ partially　☑ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☑ another session scheduled for (date) __Sep. 9, 2008 at 9:30 am.__

   ☐ phone discussions expected by (date) _____

   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**　☐ YES　☑ NO

Dated: __8.21.2008__　　　　__/s/ Jacqueline S. Corley__
　　　　　　　　　　　　　　Mediator, Jacqueline Scott Corley
　　　　　　　　　　　　　　Law Clerk to the Hon. Charles R. Breyer
　　　　　　　　　　　　　　450 Golden Gate Ave.
　　　　　　　　　　　　　　San Francisco, CA 94102

Certification of ADR Session
07-04994 CW MED