KATHERINE C. HUIBONHOA (SB# 207648)
AMY C. HIRSH (SB# 246533)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA  94105-3441
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100
katherinehuibonhoa@paulhastings.com
amyhirsh@paulhastings.com

Attorneys for Defendants
UPS GROUND FREIGHT, INC., d/b/a UPS FREIGHT and UNITED PARCEL SERVICE, INC.

WILLIAM R. TAMAYO (SB# 084965) (CA)
JONATHAN T. PECK (SB# 12303) (VA)
CINDY O'HARA (SB# 114555) (CA)
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105
Telephone:  (415) 625-5653
Facsimile:  (415) 625-5657
cindy.ohara@eeoc.gov

Attorneys for Plaintiff
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> UPS GROUND FREIGHT, INC., d/b/a UPS FREIGHT and UNITED PARCEL SERVICE, INC., <br><br> Defendants. | Case No. C-07-4994 CW <br><br> **STIPULATION TO CONTINUE CASE MANAGEMENT DEADLINES; ORDER** |

1           WHEREAS the parties conducted their first mediation session on August 20, 2008

2   with Jacqueline Corley through the Court's ADR Program,

3           WHEREAS the parties believe additional court mediation session(s) will further

4   the efficient and productive resolution of this case,

5           WHEREAS Ms. Corley advised the parties she concurs that additional court

6   mediation session(s) will be productive,

7           WHEREAS the parties have scheduled a second court mediation session for

8   September 9, 2008,

9           WHEREAS the parties believe it would be productive and meaningful to conserve

10  resources and stay discovery until mediation resumes on September 9, 2008,

11          WHEREAS the parties hope to reach a resolution on September 9, 2008, but if not,

12  believe they will need additional time to further evaluate the case and conduct discovery in light

13  of delayed scheduling and taking depositions due to witness illness and out-of-town location,

14          IT IS HEREBY STIPULATED by and between the parties hereto, through their

15  respective counsel, that the dates listed in the Minute Order and Case Management Order be

16  modified as follows:

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

-1-

|  | <u>Current Date</u> | <u>Proposed Date</u> |
|---|---|---|
| Deadline to Conduct Court Mediation | August 25, 2008 | September 24, 2008 |
| Deadline to Hear Case Dispositive Motions | November 6, 2008 | February 19, 2009 |
| Date of Next Case Management Conference | November 6, 2008 | February 19, 2009 |
| Completion of Fact Discovery | November 21, 2008 | March 5, 2009 |
| Disclosure of Identities and Reports of Expert Witnesses | December 19, 2008 | March 19, 2009 |
| Completion of Expert Discovery | February 2, 2009 | April 30, 2009 |
| Final Pretrial Conference | May 5, 2009 | June 9, 2009 |
| Jury Trial | May 18, 2009 | July 6, 2009 |

THEREFORE, the parties do hereby stipulate to allowing the changes in the Case Management Order and request continuances as proposed above.

///
///
///
///
///
///
///
///
///
///
///
///
///

Case No. C-07-4994 CW

-2-

STIPULATION TO CONTINUE CASE MANAGEMENT DEADLINES; ORDER

1    Dated:  August ___, 2008              KATHERINE C. HUIBONHOA
                                           AMY C. HIRSH
2                                          PAUL, HASTINGS, JANOFSKY & WALKER LLP

3

4                                          By:_____
                                                      AMY C. HIRSH
5

6                                          Attorneys for Defendants
                                           UPS GROUND FREIGHT, INC., d/b/a UPS FREIGHT
                                           and UNITED PARCEL SERVICE, INC.
7

8    Dated:  August ___, 2008              WILLIAM R. TAMAYO
                                           JONATHAN T. PECK
9                                          CINDY O'HARA
                                           EQUAL EMPLOYMENT OPPORTUNITY
10                                         COMMISSION

11

12                                         By:_____
                                                      CINDY O'HARA
13

14                                         Attorneys for Plaintiff
                                           EQUAL EMPLOYMENT OPPORTUNITY
                                           COMMISSION
15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## DECLARATION OF AMY C. HIRSH

2

3              I, Amy C. Hirsh, declare:

4

5              1.      I am an attorney at law licensed to practice before the Courts of the State of

6      California and before this Court.  I am an associate with the law firm of Paul, Hastings, Janofsky

7      & Walker LLP ("Paul Hastings"), attorneys for Defendants UPS Ground Freight, Inc., d/b/a UPS

8      Freight and United Parcel Service, Inc.  If called as a witness, I would and could competently

9      testify thereto to all facts within my personal knowledge except where stated upon information

10     and belief.

11             2.      The parties have been actively investigating and evaluating the case in

12     preparation for a productive and meaningful mediation.

13             3.      The parties attended their first mediation session on August 20, 2008.

14             4.      Though the parties were not able to resolve the case at the August 20, 2008

15     mediation session, they believe that additional mediation sessions will further resolution of this

16     matter.

17             5.      Jacqueline Corley, the mediator in this case, concurs that additional court

18     mediation sessions will be productive and that a stipulation to extend case management deadlines

19     would further mediation in this case.

20             6.      There is good cause to extend the time for the mediation deadline by 30

21     days from August 25, 2008, to September 24, 2008, because the parties agree that it would be

22     helpful and efficient to have additional court mediation sessions to further resolution of this case.

23             7.      The extension of the deadline for mediation will impact the other case

24     management dates in this case.  Additionally, both parties require additional time to conduct and

25     complete discovery, and believe that it would be mutually beneficial and serve the interests of

26     justice to have additional time to conduct and complete discovery and further evaluate the case.

27     The parties further need additional time to conduct discovery because of witness illness and out-

28

---

1    of-town location.  As such, good cause exists to extend the time for the other case management

2    deadlines in this case.

3               I declare under penalty of perjury under the laws of the State of California and the

4    United States that the foregoing is true and correct.

5               Executed this _____ day of August, 2008, at San Francisco, California.

6

7                                    _____

8                                              AMY C. HIRSH

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **ORDER**

2    It is ordered that the case management dates in this matter be continued as follows:

3

4

| | Current Date | Proposed Date |
|---|---|---|
| 5  Deadline to Conduct Court Mediation | August 25, 2008 | September 24, 2008 |
| 6 | | |
| 7  Deadline to Hear Case Dispositive Motions | November 6, 2008 | February 19, 2009 |
| 8  Date of Next Case Management Conference | November 6, 2008 | February 19, 2009 |
| 9 | | |
| 10  Completion of Fact Discovery | November 21, 2008 | March 5, 2009 |
| 11  Disclosure of Identities and Reports of Expert Witnesses | December 19, 2008 | March 19, 2009 |
| 12 | | |
| 13  Completion of Expert Discovery | February 2, 2009 | April 30, 2009 |
| 14  Final Pretrial Conference | May 5, 2009 | June 9, 2009 |
| 15  Jury Trial | May 18, 2009 | July 6, 2009 |

16

17

18        IT IS SO ORDERED.

19        8/29/08

DATED: _____.        _____

20                                        CLAUDIA WILKEN
                                  Judge, United States District Court

21

22

23

24    LEGAL_US_W # 59783256.2

25

26

27

28

---