1  KATHERINE C. HUIBONHOA (SB# 207648)
   AMY C. HIRSH (SB# 246533)
2  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street
3  Twenty-Fourth Floor
   San Francisco, CA  94105-3441
4  Telephone:  (415) 856-7000
   Facsimile:  (415) 856-7100
5  katherinehuibonhoa@paulhastings.com
   amyhirsh@paulhastings.com
6
   Attorneys for Defendants
7  UPS GROUND FREIGHT, INC., d/b/a UPS FREIGHT and UNITED PARCEL SERVICE, INC.
8
   WILLIAM R. TAMAYO (SB# 084965) (CA)
9  JONATHAN T. PECK (SB# 12303) (VA)
   CINDY O'HARA (SB# 114555) (CA)
10 EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
   San Francisco District Office
11 350 The Embarcadero, Suite 500
   San Francisco, CA 94105
12 Telephone:  (415) 625-5653
   Facsimile:  (415) 625-5657
13 cindy.ohara@eeoc.gov

14 Attorneys for Plaintiff
   EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
15

16                UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18                       OAKLAND DIVISION

19

| | |
|---|---|
| 20  EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Case No. C-07-4994 CW |
| 21                 Plaintiff, | **STIPULATION TO CONTINUE CASE MANAGEMENT DEADLINES;** |
| 22          vs. | **DECLARATION OF AMY C. HIRSH; ORDER** |
| 23  UPS GROUND FREIGHT, INC., d/b/a UPS FREIGHT and UNITED PARCEL SERVICE, INC., | |
| 24  | |
| 25                 Defendants. | |

1       WHEREAS the parties conducted mediation sessions on August 20, 2008 and

2 September 9, 2008 with Jacqueline Corley through the Court's ADR Program,

3       WHEREAS the parties have reached an agreement as to monetary settlement and

4 are in the process of negotiating the terms of a consent decree,

5       WHEREAS the parties believe it would be productive and meaningful to continue

6 to conserve resources and stay discovery until they reach a final agreement,

7       WHEREAS the parties believe final resolution of this matter is imminent and hope

8 to reach a resolution in early 2009, but if not, believe they will need additional time to further

9 evaluate the case and conduct discovery in light of delayed scheduling and taking depositions due

10 to witness illness and out-of-town location,

11       IT IS HEREBY STIPULATED by and between the parties hereto, through their

12 respective counsel, that the dates listed in the Minute Order and Case Management Order be

13 modified as follows:

|  | Current Date | Proposed Date |
|---|---|---|
| Deadline to Hear Case Dispositive Motions | February 19, 2009 | April 9, 2009 |
| Date of Next Case Management Conference | February 19, 2009 | April 9, 2009 |
| Completion of Fact Discovery | March 5, 2009 | April 23, 2009 |
| Disclosure of Identities and Reports of Expert Witnesses | March 19, 2009 | May 7, 2009 |
| Completion of Expert Discovery | April 30, 2009 | June 18, 2009 |
| Final Pretrial Conference | June 9, 2009 | July 28, 2009 |
| Jury Trial | July 6, 2009 | August 24, 2009 |

26 ///

27 ///

28 ///

Case No. C-07-4994 CW     -1-     STIPULATION TO CONTINUE CASE MANAGEMENT DEADLINES; ORDER

1  THEREFORE, the parties do hereby stipulate to allowing the changes in the Case
2 Management Order and request continuances as proposed above.

Dated: December ___, 2008        KATHERINE C. HUIBONHOA
                                 AMY C. HIRSH
                                 PAUL, HASTINGS, JANOFSKY & WALKER LLP


                                 By:_____
                                        AMY C. HIRSH

                                 Attorneys for Defendants
                                 UPS GROUND FREIGHT, INC., d/b/a UPS FREIGHT
                                 and UNITED PARCEL SERVICE, INC.

Dated: December ___, 2008        WILLIAM R. TAMAYO
                                 JONATHAN T. PECK
                                 CINDY O'HARA
                                 EQUAL EMPLOYMENT OPPORTUNITY
                                 COMMISSION


                                 By:_____
                                        CINDY O'HARA

                                 Attorneys for Plaintiff
                                 EQUAL EMPLOYMENT OPPORTUNITY
                                 COMMISSION

## **DECLARATION OF AMY C. HIRSH**

I, Amy C. Hirsh, declare:

1. I am an attorney at law licensed to practice before the Courts of the State of California and before this Court. I am an associate with the law firm of Paul, Hastings, Janofsky & Walker LLP ("Paul Hastings"), attorneys for Defendants UPS Ground Freight, Inc., d/b/a UPS Freight and United Parcel Service, Inc. If called as a witness, I would and could competently testify thereto to all facts within my personal knowledge except where stated upon information and belief.

2. The parties attended their first and second mediation sessions on August 20, 2008, and September 9, 2008, respectively.

3. During the September 9, 2008 mediation session, the parties reached an agreement on the terms of monetary settlement and agreed to hold additional meetings to negotiate the remaining terms of settlement.

4. Since the September 9, 2008 mediation session, the parties have met an additional three times to discuss the terms of the proposed consent decree. The parties continue to negotiate the terms of the consent decree and finalize settlement of this matter.

5. In light of the substantial progress the parties have made on settlement of this matter, the parties believe that a stipulation to extend case management deadlines would further final settlement of this case.

6. Good cause exists to extend the case management dates in this case by approximately 45 days because the parties agree that it would be helpful and efficient and would promote the interests of judicial economy to further stay discovery and litigation while they exhaust settlement efforts.

7. Additionally, while the parties do not anticipate a breakdown in settlement negotiations, should one occur, both parties require additional time to conduct and complete discovery, and believe that it would be mutually beneficial and serve the interests of justice to

1  have additional time to conduct and complete discovery and further evaluate the case. The parties
2  further need additional time to conduct discovery because of witness illness and out-of-town
3  location.
4        I declare under penalty of perjury under the laws of the State of California and the
5  United States that the foregoing is true and correct.
6        Executed this _____ day of December, 2009, at San Francisco, California.

                                                        _____
                                                          AMY C. HIRSH

## **ORDER**

It is ordered that the case management dates in this matter be continued as follows:

|  | Current Date | Proposed Date |
|---|---|---|
| Deadline to Hear Case Dispositive Motions | February 19, 2009 | April 9, 2009 |
| Date of Next Case Management Conference | February 19, 2009 | April 9, 2009 |
| Completion of Fact Discovery | March 5, 2009 | April 23, 2009 |
| Disclosure of Identities and Reports of Expert Witnesses | March 19, 2009 | May 7, 2009 |
| Completion of Expert Discovery | April 30, 2009 | June 18, 2009 |
| Final Pretrial Conference | June 9, 2009 | July 28, 2009 |
| Jury Trial | July 6, 2009 | August 24, 2009 |

IT IS SO ORDERED.

DATED: 1/7/09 .                                    _____
                                                                    CLAUDIA WILKEN
                                                           Judge, United States District Court

LEGAL_US_W # 60699535.1