KATHERINE C. HUIBONHOA (SB# 207648)
AMY C. HIRSH (SB# 246533)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA  94105-3441
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100
katherinehuibonhoa@paulhastings.com
amyhirsh@paulhastings.com

Attorneys for Defendants
UPS GROUND FREIGHT, INC., d/b/a UPS FREIGHT and UNITED PARCEL SERVICE, INC.

WILLIAM R. TAMAYO (SB# 084965) (CA)
JONATHAN T. PECK (SB# 12303) (VA)
CINDY O'HARA (SB# 114555) (CA)
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105
Telephone:  (415) 625-5653
Facsimile:  (415) 625-5657
cindy.ohara@eeoc.gov

Attorneys for Plaintiff
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>             Plaintiff,<br><br>     vs.<br><br>UPS GROUND FREIGHT, INC., d/b/a UPS FREIGHT and UNITED PARCEL SERVICE, INC.,<br><br>             Defendants. | Case No. C-07-4994 CW<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT DEADLINES; DECLARATION OF AMY C. HIRSH; ORDER AS MODIFIED** |

1           WHEREAS the parties conducted mediation sessions on August 20, 2008 and
2   September 9, 2008 with Jacqueline Corley through the Court's ADR Program,
3           WHEREAS the parties have reached an agreement as to monetary settlement and
4   are finalizing the terms of a consent decree,
5           WHEREAS the parties are in the final stages of negotiating settlement of this
6   matter,
7           WHEREAS finalization of the parties' settlement has been delayed in part due to
8   the out of town location of the charging party,
9           WHEREAS the parties believe that it would be productive and meaningful to
10  continue to conserve resources and stay discovery until they finalize their settlement,
11          WHEREAS the parties believe final resolution of this matter is imminent and hope
12  to reach a resolution within the next 45 days, but if not, believe they will need additional time to
13  further evaluate the case and conduct discovery in light of delayed scheduling and taking
14  depositions due to witness illness and out-of-town location,
15          IT IS HEREBY STIPULATED by and between the parties hereto, through their
16  respective counsel, that the dates listed in the Minute Order and Case Management Order be
17  modified as follows:
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

---

Case No. C-07-4994 CW   -1-   STIPULATION TO CONTINUE CASE MANAGEMENT DEADLINES; ORDER

|  | Current Date | Proposed Date |
|---|---|---|
| Deadline to Hear Case Dispositive Motions | April 9, 2009 | June 4, 2009 |
| Date of Next Case Management Conference | April 9, 2009 | June 4, 2009 |
| Completion of Fact Discovery | April 23, 2009 | June 18, 2009 |
| Disclosure of Identities and Reports of Expert Witnesses | May 7, 2009 | July 2, 2009 |
| Completion of Expert Discovery | June 18, 2009 | August 13, 2009 |
| Final Pretrial Conference | July 28, 2009 | August 25, 2009 |
| Jury Trial | August 24, 2009 | September 28, 2009 |

THEREFORE, the parties do hereby stipulate to allowing the changes in the Case Management Order and request continuances as proposed above.

Dated:  February ___, 2009        KATHERINE C. HUIBONHOA
                                  AMY C. HIRSH
                                  PAUL, HASTINGS, JANOFSKY & WALKER LLP


                                  By:_____
                                           AMY C. HIRSH

                                  Attorneys for Defendants
                                  UPS GROUND FREIGHT, INC., d/b/a UPS FREIGHT
                                  and UNITED PARCEL SERVICE, INC.

Dated:  February ___, 2009        WILLIAM R. TAMAYO
                                  JONATHAN T. PECK
                                  CINDY O'HARA
                                  EQUAL EMPLOYMENT OPPORTUNITY
                                  COMMISSION


                                  By:_____
                                           CINDY O'HARA

                                  Attorneys for Plaintiff
                                  EQUAL EMPLOYMENT OPPORTUNITY
                                  COMMISSION

## DECLARATION OF AMY C. HIRSH

I, Amy C. Hirsh, declare:

1. I am an attorney at law licensed to practice before the Courts of the State of California and before this Court. I am an associate with the law firm of Paul, Hastings, Janofsky & Walker LLP ("Paul Hastings"), attorneys for Defendants UPS Ground Freight, Inc., d/b/a UPS Freight and United Parcel Service, Inc. If called as a witness, I would and could competently testify thereto to all facts within my personal knowledge except where stated upon information and belief.

2. The parties attended their first and second mediation sessions on August 20, 2008, and September 9, 2008, respectively.

3. During the September 9, 2008 mediation session, the parties reached an agreement on the terms of monetary settlement and agreed to hold additional meetings to negotiate the remaining terms of settlement, including the terms of a consent decree.

4. Since the September 9, 2008 mediation session, the parties have met numerous times to discuss the terms of the proposed consent decree. The parties are close to finalizing the terms of the consent decree.

5. Negotiations have been delayed in part due to the due to the out of town location of the charging party, though the parties are in the final stages of negotiating settlement of this action.

6. In light of the substantial progress the parties have made on settlement of this matter, the parties believe that a stipulation to extend case management deadlines would further final settlement of this case.

7. Good cause exists to extend the case management dates in this case by approximately 45 days because the parties agree that it would be helpful and efficient and would promote the interests of judicial economy to further stay discovery and litigation while they exhaust settlement efforts.

8. Additionally, while the parties do not anticipate a breakdown in settlement negotiations, should one occur, both parties require additional time to conduct and complete discovery, and believe that it would be mutually beneficial and serve the interests of justice to have additional time to conduct and complete discovery and further evaluate the case. The parties further need additional time to conduct discovery because of witness illness and out-of-town location.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this _____ day of February, 2009, at San Francisco, California.

_____
AMY C. HIRSH

## **ORDER**

It is ordered that the case management dates in this matter be continued as follows:

|  | Current Date | Proposed Date |
|---|---|---|
| Deadline to Hear Case Dispositive Motions | April 9, 2009 | June 4, 2009 |
| Date of Next Case Management Conference | April 9, 2009 | June 4, 2009 |
| Completion of Fact Discovery | April 23, 2009 | June 18, 2009 |
| Disclosure of Identities and Reports of Expert Witnesses | May 7, 2009 | July 2, 2009 |
| Completion of Expert Discovery | June 18, 2009 | August 13, 2009 |
| Final Pretrial Conference | July 28, 2009 | August 25, 2009 |
| Jury Trial | August 24, 2009 | **October 26, 2009** |

IT IS SO ORDERED.

DATED: 3/2/09 .

_____
CLAUDIA WILKEN
Judge, United States District Court

LEGAL_US_W # 61102683.1

Case No. C-07-4994 CW   -5-   STIPULATION TO CONTINUE CASE MANAGEMENT DEADLINES; ORDER