KATHERINE C. HUIBONHOA (SB# 207648)
AMY C. HIRSH (SB# 246533)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA  94105-3441
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100
katherinehuibonhoa@paulhastings.com
amyhirsh@paulhastings.com

Attorneys for Defendants
UPS GROUND FREIGHT, INC., d/b/a UPS FREIGHT and UNITED PARCEL SERVICE, INC.

WILLIAM R. TAMAYO (SB# 084965) (CA)
JONATHAN T. PECK (SB# 12303) (VA)
CINDY O'HARA (SB# 114555) (CA)
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105
Telephone:  (415) 625-5653
Facsimile:  (415) 625-5657
cindy.ohara@eeoc.gov

Attorneys for Plaintiff
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>              Plaintiff,<br><br>     vs.<br><br>UPS GROUND FREIGHT, INC., d/b/a UPS FREIGHT and UNITED PARCEL SERVICE, INC.,<br><br>              Defendants. | Case No. C-07-4994 CW<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT DEADLINES; DECLARATION OF AMY C. HIRSH; ORDER** |

WHEREAS the parties conducted mediation sessions on August 20, 2008 and September 9, 2008 with Jacqueline Corley through the Court's ADR Program,

WHEREAS the parties have reached an agreement as to monetary settlement and finalized the terms of a consent decree,

WHEREAS the parties are in the final stages of negotiating and documenting settlement of this matter,

WHEREAS finalization of the parties' settlement has been delayed in part due to the out of town location of the charging party and the schedules of counsel,

WHEREAS the parties believe that it would be productive and meaningful to continue to conserve resources and stay discovery until they finalize their settlement,

WHEREAS the parties believe final resolution of this matter is imminent and hope to reach a resolution within the next 90 days, but if not, believe they will need additional time to further evaluate the case and conduct discovery in light of delayed scheduling and taking depositions due to witness illness and out-of-town location,

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the dates listed in the Minute Order and Case Management Order be modified as follows:

//
//
//
//
//
//
//
//
//
//
//

Case No. C-07-4994 CW -1- STIPULATION TO CONTINUE CASE MANAGEMENT DEADLINES; ORDER

|  | Current Date | Proposed Date |
|---|---|---|
| Deadline to Hear Case Dispositive Motions | June 4, 2009 | December 3, 2009 |
| Date of Next Case Management Conference | June 4, 2009 | December 3, 2009 |
| Completion of Fact Discovery | June 18, 2009 | May 25, 2010 |
| Disclosure of Identities and Reports of Expert Witnesses | July 2, 2009 | June 15, 2010 |
| Completion of Expert Discovery | August 13, 2009 | July 6, 2010 |
| Final Pretrial Conference | August 25, 2009 | July 27, 2010 |
| Jury Trial | October 26, 2009 | September 7, 2010 |

THEREFORE, the parties do hereby stipulate to allowing the changes in the Case Management Order and request continuances as proposed above.

Dated:  April 20, 2009

KATHERINE C. HUIBONHOA
AMY C. HIRSH
PAUL, HASTINGS, JANOFSKY & WALKER LLP


By:  /s/ Amy C. Hirsh
     AMY C. HIRSH

Attorneys for Defendants
UPS GROUND FREIGHT, INC., d/b/a UPS FREIGHT and UNITED PARCEL SERVICE, INC.

Dated:  April 20, 2009

WILLIAM R. TAMAYO
JONATHAN T. PECK
CINDY O'HARA
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION


By:  /s/ Jonathan T. Peck
     JONATHAN T. PECK

Attorneys for Plaintiff
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# DECLARATION OF AMY C. HIRSH

I, Amy C. Hirsh, declare:

1. I am an attorney at law licensed to practice before the Courts of the State of California and before this Court. I am an associate with the law firm of Paul, Hastings, Janofsky & Walker LLP ('Paul Hastings'), attorneys for Defendants UPS Ground Freight, Inc., d/b/a UPS Freight and United Parcel Service, Inc. If called as a witness, I would and could competently testify thereto to all facts within my personal knowledge except where stated upon information and belief.

2. The parties attended their first and second mediation sessions on August 20, 2008, and September 9, 2008, respectively.

3. During the September 9, 2008 mediation session, the parties reached an agreement on the terms of monetary settlement and agreed to hold additional meetings to negotiate the remaining terms of settlement, including the terms of a consent decree.

4. The parties finalized the terms of the consent decree on or about February 23, 2009.

5. The parties are in the process of meeting and conferring regarding the final terms of settlement.

6. Negotiations have been delayed in part due to the due to the out of town location of the charging party and the schedules of counsel, though the parties are in the final stages of negotiating settlement of this action.

7. In light of the substantial progress the parties have made on settlement of this matter, the parties believe that a stipulation to extend case management deadlines would further final settlement of this case.

8. Good cause exists to extend the case management dates in this case because the parties agree that it would be helpful and efficient and would promote the interests of judicial economy to further stay discovery and litigation while they exhaust settlement efforts.

1          9.    Additionally, while the parties do not anticipate a breakdown in settlement
2  negotiations, should one occur, both parties require additional time to conduct and complete
3  discovery, and believe that it would be mutually beneficial and serve the interests of justice to
4  have additional time to conduct and complete discovery and further evaluate the case.  The parties
5  further need additional time to conduct discovery because of witness illness and out-of-town
6  location.

        I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

        Executed this 20th day of April, 2009, at San Francisco, California.

_____
AMY C. HIRSH

# **ORDER**

It is ordered that the case management dates in this matter be continued as follows:

|  | Current Date | Proposed Date |
|---|---|---|
| Deadline to Hear Case Dispositive Motions | June 4, 2009 | December 3, 2009 |
| Date of Next Case Management Conference | June 4, 2009 | December 3, 2009 |
| Completion of Fact Discovery | June 18, 2009 | May 25, 2010 |
| Disclosure of Identities and Reports of Expert Witnesses | July 2, 2009 | June 15, 2010 |
| Completion of Expert Discovery | August 13, 2009 | July 6, 2010 |
| Final Pretrial Conference | August 25, 2009 | July 27, 2010 |
| Jury Trial | October 26, 2009 | September 7, 2010 |

IT IS SO ORDERED.

DATED: 4/23/09 _____.   _____
CLAUDIA WILKEN
Judge, United States District Court

LEGAL_US_W # 61490887.2

Case No. C-07-4994 CW         -5-         STIPULATION TO CONTINUE CASE MANAGEMENT DEADLINES; ORDER